The offense, murder; punishment, confinement in penitentiary for 30 years.

No statement of facts accompanies the record. Several special charges appear in the record. It is impossible for this court to determine whether they were applicable in the absence of a statement of facts. There also appears in the record a number of exceptions to the court's charge. In the absence of a statement of facts, the charge must be held to be sufficient and will not be reviewed if as given it is applicable to any state of facts which might be made by the evidence under the allegations of the indictment. We must assume that the court below submitted to the jury the law of the case and all the law required by the statute or any portion of same. See section 170, 4 Tex. Juris.; Kell v. State (Tex. Cr. App.) 31 S.W.(2d) 1079; Smith v. State, 113 Tex. Cr. R. 398, 22 S.W.(2d) 460; Davis v. State, 110 Tex. Cr. R. 602, 9 S.W.(2d) 1108.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### SCOTT v. STATE.
No. 15959.

Court of Criminal Appeals of Texas.
April 12, 1933.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### SCOTT v. STATE.
No. 15960.

Court of Criminal Appeals of Texas.
April 12, 1933.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment appears to be in proper form. In this condition of the record nothing is presented for review.

The judgment is affirmed.